# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2908

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Nebraska. |
| Jerome Bass, also known as Rommie, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: March 10, 2008
Filed: March 26, 2008

_____

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

This case is before us for the second time. In *United States v. Bass*, 478 F.3d 948 (8th Cir. 2007), we reversed the district court's order granting Mr. Bass a new trial on a charge of conspiracy to distribute drugs and remanded the case for sentencing. In the present appeal, Mr. Bass asserts that the evidence adduced at trial was insufficient to convict him. But, as we observed in the previous appeal, a police officer testified that Mr. Bass confessed to him and there was overwhelming testimony

tending to show Mr. Bass's involvement in the conspiracy. *See id.* at 952. The credibility of that testimony was a matter for the jury. Our previous holding is binding on us as the law of the case, and moreover we detect no error in it.

Affirmed.

_____